UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MERRIAM, JERRY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>　　　　　　　　Defendant. | Civil Action No.: 1:23-cv-00836-HYJ-SJB<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jerry Merriam and First Advantage Background Services, Corp., ("First Advantage"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant First Advantage. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully Submitted,

DATED: January 8, 2024

/s/ Beth Findsen
Beth Findsen, Bar No. 023205
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
E: bfindsen@consumerattorneys.com
Telephone: (602) 807-6676

*Attorney for Plaintiff,*
*Jerry Merriam*

## CERTIFICATES OF SERVICE:

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Marie Tirona*