UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERRY MERRIAM,<br><br>      Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>      Defendant. | Case No. 1:23-cv-00836-HYJ-SJB<br><br>Chief Judge Hala Y. Jarbou |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order (ECF No. 17), Plaintiff Jerry Merriam and Defendant First Advantage Background Services Corp., by and through undersigned counsel, hereby stipulate that this action be dismissed with prejudice. Plaintiff and First Advantage shall each bear their own attorneys' fees and costs.

      IT IS SO ORDERED

                          /s/ Hala Y. Jarbou
                          HALA Y. JARBOU
Dated: February 6, 2024    CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| */s/ Beth K. Findsen*<br>Beth K. Findsen #023205<br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, Az 85258<br>T: (602) 807-6676<br>F: (718) 715-1750<br>E: bfindsen@consumerattorneys.com<br><br>*Attorney for Plaintiff,*<br>*Jerry Merriam* | */s/ Gary S. Fealk*<br>Gary S. Fealk (P53819)<br>Bodman PLC<br>201 West Big Beaver, Suite 201<br>Troy, Michigan 48084<br>Telephone: (248) 743-6060<br>Facsimile: (248) 743-6002<br>E-mail: gfealk@bodmanlaw.com<br><br>*Attorneys for Defendant First Advantage*<br>*Background Services Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Marie Tirona*